**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| GARY FORMHALS,<br><br>                Plaintiff,<br>v.<br><br>WASHINGTON STATE PARKS AND RECREATION COMMISSION; DIANA DUPUIS, in her official capacity as Director of the Washington State Parks and Recreation Commission; ANDREW SOUTHARD, in his individual and official capacities; PAUL RUPPERT, in his individual and official capacities,<br><br>                Defendants. | NO. 2:23-cv-00702-RSL<br><br>NOTICE OF APPEARANCE |

TO:        THE CLERK OF THE COURT; and

AND TO:    ALL PARTIES OF RECORD AND THEIR COUNSEL

      YOU, AND EACH OF YOU, will please take notice that Defendants WASHINGTON STATE PARKS AND RECREATION COMMISSION, DIANA DUPUIS, ANDREW SOUTHARD, and PAUL RUPPERT, enter their appearances in the above-captioned action, by and through their attorneys; ROBERT W. FERGUSON, Attorney General, ANDY WOO, Assistant Attorney General, and AMY DONA, Assistant Attorney General, specifically reserving all rights and defenses, including those relating to jurisdiction because of lack of service of process, insufficiency of service thereof, or any other defense whatsoever.

NOTICE OF APPEARANCE      1      ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

DATED this 12th day of July, 2023.

> ROBERT W. FERGUSON
> Attorney General
>
> s/ *Andy Woo*
> ANDY WOO, WSBA No. 46741
> Assistant Attorney General
> Public Lands & Conservation Division
> P.O. Box 40100
> Olympia, WA 98504-0100
> (360) 586-4034
> Andy.Woo@atg.wa.gov
>
> s/*Amy Dona*
> AMY DONA, WSBA No. 54512
> Assistant Attorney General
> Public Lands & Conservation Div.
> P.O. Box 40100
> Olympia, WA 98504-0100
> (360) 534-4852
> Amy.Dona@atg.wa.gov
>
> *Attorneys for Defendants Washington State Parks and Recreation Commission, Diana Dupuis, Andrew Southard, and Paul Ruppert*

NOTICE OF APPEARANCE  2  ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200