UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| GARY FORMHALS,<br><br>    *Plaintiff*,<br><br>v.<br><br>WASHINGTON STATE PARKS AND RECREATION COMMISSION, et al.,<br><br>    *Defendants*. | Case No. 2:23-cv-00702-RSL<br><br>**STIPULATED MOTION TO STAY PROCEEDINGS** |

**STIPULATED MOTION TO STAY PROCEEDINGS**

Plaintiff, Gary Formhals and Defendants Washington State Parks and Recreation Commission; Diana Dupuis, in her official capacity as Director of the Washington State Parks and Recreation Commission; Andrew Southard, in his individual and official capacities; Paul Ruppert, in his individual and official capacities(collectively "Defendants"), by and through their attorneys, hereby stipulate to stay proceedings in this case in light of pending settlement negotiations.

On May 12, 2023, Plaintiff Formhals filed a complaint against Defendants for alleging violations of the First and Fourteenth Amendments.

STIPULATED MOTION
TO STAY PROCEEDINGS - 1

**American Center for Law and Justice**
625 Bakers Bridge Ave., Suite 105-121
Franklin, TN 37067
Tel: (615) 599-5572

On July 14, 2023, the court issued an Order Regarding Initial Disclosures, Joint State Report, and Early Settlement setting the following deadlines: Deadline for FRCP 26(f) Conference of July 27, 2023; Initial Disclosures Pursuant to RCP 26(a)(1) due on August 3, 2023; and Combined Joint Status Report and Discovery Plan due on August 10, 2023. See Docket No. 15.

On July 26, 2023, following a request and agreement by the Parties, the Court entered an Amended Order Regarding Initial Disclosures, Joint State Report, and Early Settlement and extending initial case scheduling deadlines as follows: Deadline for FRCP 26(f) Conference of September 26, 2023; Initial Disclosures Pursuant to RCP 26(a)(1) due on October 3, 2023; and Combined Joint Status Report and Discovery Plan due on October 10, 2023. See Docket No. 16.

On July 27, 2023, Plaintiff filed a waiver of service of summons for each of the Defendants dated July 26, 2023. Defendants' deadline to respond to the Complaint is September 25, 2023.

The Parties have agreed to stay proceedings in this case to allow for ongoing settlement discussions.

NOW THEREFORE, it is hereby stipulated and agreed to by and between the Parties, subject to the approval of the Court, that:

(1) Further proceedings in this matter, including all current deadlines, shall be stayed until November 15, 2023 to allow the parties to continue with good-faith settlement negotiations;

(2) On November 15, 2023, the Parties will file a Joint Status Report notifying the

STIPULATED MOTION
TO STAY PROCEEDINGS - 2

American Center for Law and Justice
625 Bakers Bridge Ave., Suite 105-121
Franklin, TN 37067
Tel: (615) 599-5572

Court of whether the Parties have reached a settlement, or whether their intention is to proceed with litigation;

(3) If settlement is not reached by the Parties will proceed with litigation pursuant to the following deadlines:

| | |
|---|---|
| Deadline for Defendants to Respond to Complaint | November 21, 2023 |
| Deadline for FRCP 26(f) Conference | November 22, 2023 |
| Initial Disclosures Pursuant to RCP 26(a)(1) | November 29, 2023 |
| Combined Joint Status Report and Discovery Plan | December 6, 2023 |

PRESENTED BY:

DATED this 21st day of September, 2023

s/ Abigail A. Southerland
Abigail A Southerland*
TN Bar No. 026608
AMERICAN CENTER FOR LAW AND JUSTICE
625 Bakers Bridge Ave., St. 105-121
 Franklin, TN 37067
Tel: (615) 599-5572
Fax: (629) 888-5222
asoutherland@aclj.org

Geoffrey R. Surtees*
AMERICAN CENTER FOR LAW AND JUSTICE
P.O. Box 60
New Hope, KY  40052
502-549-7020 (tel)
502-549-5252 (fax)
gsurtees@aclj.org

DATED this 21st day of September, 2023

ROBERT W. FERGUSON
Attorney General

s/Andy Woo
Andy Woo, WSBA No. 46741
Assistant Attorney General
Public Lands & Conservation Division
P.O. Box 40100
Olympia, WA  98504-0100
(360) 586-4034
Andy.Woo@atg.wa.gov

Amy Dona, WSBA No. 54512
Assistant Attorney General
Public Lands & Conservation Div.
P.O. Box 40100
Olympia, WA  98504-0100
(360) 534-4852
Amy.Dona@atg.wa.gov

STIPULATED MOTION
TO STAY PROCEEDINGS - 3

**American Center for Law and Justice**
625 Bakers Bridge Ave., Suite 105-121
Franklin, TN 37067
Tel: (615) 599-5572

*s/ Justin Park*

Justin Park, WSBA #28340
ROMERO PARK
1019 W James St, Ste. 102
Kent, WA 98032
(425) 450-5000 telephone
jpark@romeropark.com

**Attorneys for Plaintiff**

*Admitted pro hac vice

**Attorneys for Defendants Washington State Parks and Recreation Commission, Diana Dupuis, Andrew Southard, and Paul Ruppert**

## ORDER

IT IS SO ORDERED

Dated this 22nd day of September, 2023.

*Robert S. Lasnik*
United States District Judge

STIPULATED MOTION
TO STAY PROCEEDINGS - 4

American Center for Law and Justice
625 Bakers Bridge Ave., Suite 105-121
Franklin, TN 37067
Tel: (615) 599-5572