The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| GARY FORMHALS,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>WASHINGTON STATE PARKS AND RECREATION COMMISSION, et al.,<br><br>　　　　　*Defendants*. | Case No. 2:23-cv-00702-RSL<br><br>**STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS**<br><br>NOTE ON MOTION CALENDAR: November 15, 2023 |

### STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS

Plaintiff, Gary Formhals and Defendants Washington State Parks and Recreation Commission; Diana Dupuis, in her official capacity as Director of the Washington State Parks and Recreation Commission; Andrew Southard, in his individual and official capacities; and Paul Ruppert, in his individual and official capacities (collectively "Defendants"), by and through their attorneys, hereby stipulate to extend the stay of

STIPULATED MOTION
TO EXTEND STAY OF PROCEEDINGS - 1
2:23-cv-00702-RSL

American Center for Law and Justice
625 Bakers Bridge Ave., Suite 105-121
Franklin, TN 37067
Tel: (615) 599-5572

proceedings in this case in light of pending settlement.

On May 12, 2023, Plaintiff Formhals filed a complaint against Defendants for alleged violations of the First and Fourteenth Amendments.

On July 14, 2023, the Court issued an Order Regarding Initial Disclosures, Joint State Report, and Early Settlement setting the following deadlines: Deadline for FRCP 26(f) Conference of July 27, 2023; Initial Disclosures Pursuant to RCP 26(a)(1) due on August 3, 2023; and Combined Joint Status Report and Discovery Plan due on August 10, 2023. See Docket No. 15.

On July 26, 2023, following a request and agreement by the Parties, the Court entered an Amended Order Regarding Initial Disclosures, Joint State Report, and Early Settlement and extending initial case scheduling deadlines as follows: Deadline for FRCP 26(f) Conference of September 26, 2023; Initial Disclosures Pursuant to RCP 26(a)(1) due on October 3, 2023; and Combined Joint Status Report and Discovery Plan due on October 10, 2023. See Docket No. 16.

On September 22, 2023, the Parties filed, and the Court granted, a Stipulated Motion to Stay Proceedings agreeing to a stay of all current deadlines in the case until November 15, 2023, to allow the Parties to continue in good-faith settlement negotiations. See Docket No. 24.

The Parties have since reached an agreement and are working to finalize all paperwork relating to settlement.

NOW THEREFORE, it is hereby stipulated and agreed to by and between the Parties, subject to the approval of the Court, that:

STIPULATED MOTION  
TO EXTEND STAY OF PROCEEDINGS - 2  
2:23-cv-00702-RSL

**American Center for Law and Justice**  
625 Bakers Bridge Ave., Suite 105-121  
Franklin, TN 37067  
Tel: (615) 599-5572

(1) Further proceedings in this matter, including all current deadlines, shall be stayed until December 15, 2023 to allow the Parties to finalize settlement;

(2) On December 15, 2023, and if the Parties have not already moved to dismiss the case, the Parties will file a Joint Status Report to update the Court.

PRESENTED BY:

| | |
|---|---|
| DATED this 15th day of November, 2023 | DATED this 15th day of November, 2023 |
| s/ Abigail A. Southerland<br>Abigail A Southerland*<br>TN Bar No. 026608<br>AMERICAN CENTER FOR LAW AND JUSTICE<br>625 Bakers Bridge Ave., St. 105-121<br>Franklin, TN 37067<br>Tel: (615) 599-5572<br>Fax: (629) 888-5222<br>asoutherland@aclj.org<br><br>Geoffrey R. Surtees*<br>AMERICAN CENTER FOR LAW AND JUSTICE<br>P.O. Box 60<br>New Hope, KY 40052<br>502-549-7020 (tel)<br>502-549-5252 (fax)<br>gsurtees@aclj.org<br><br>s/ Justin Park<br>Justin Park, WSBA #28340<br>ROMERO PARK<br>1019 W James St, Ste. 102<br>Kent, WA 98032<br>(425) 450-5000 telephone<br>jpark@romeropark.com<br><br>**Attorneys for Plaintiff**<br>*Admitted pro hac vice | ROBERT W. FERGUSON<br>Attorney General<br><br>s/Andy Woo<br>Andy Woo, WSBA No. 46741<br>Assistant Attorney General<br>Public Lands & Conservation Division<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>(360) 586-4034<br>Andy.Woo@atg.wa.gov<br><br>Amy Dona, WSBA No. 54512<br>Assistant Attorney General<br>Public Lands & Conservation Div.<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>(360) 534-4852<br>Amy.Dona@atg.wa.gov<br><br>**Attorneys for Defendants Washington State Parks and Recreation Commission, Diana Dupuis, Andrew Southard, and Paul Ruppert** |

STIPULATED MOTION
TO EXTEND STAY OF PROCEEDINGS - 3
2:23-cv-00702-RSL

**American Center for Law and Justice**
625 Bakers Bridge Ave., Suite 105-121
Franklin, TN 37067
Tel: (615) 599-5572

**ORDER**

IT IS SO ORDERED

Dated this 16th day of November, 2023.

_____
United States District Judge

STIPULATED MOTION
TO EXTEND STAY OF PROCEEDINGS - 4
2:23-cv-00702-RSL

**American Center for Law and Justice**
625 Bakers Bridge Ave., Suite 105-121
Franklin, TN 37067
Tel: (615) 599-5572