**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| **GARY FORMHALS,** | Case No. 2:23-cv-00702-RSL |
| *Plaintiff,* | |
| v. | **FRCP 41(a)(1)(A)(ii) STIPULATION AND ORDER OF DISSMISSAL WITH PREJUDICE** |
| **WASHINGTON STATE PARKS AND RECREATION COMMISSION, et al.,** | |
| *Defendants.* | |

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff Gary Formhals and Defendants Washington State Parks and Recreation Commission; Diana Dupuis, in her official capacity as Director of the Washington State Parks and Recreation Commission; Andrew Southard, in his individual and official capacities; and Paul Ruppert, in his individual and official capacities (collectively "Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and

STIPULATION AND ORDER
OF DISMISSAL - 1
2:23-cv-00702-RSL

**American Center for Law and Justice**
625 Bakers Bridge Ave., Suite 105-121
Franklin, TN 37067
Tel: (615) 599-5572

hereby stipulate that, in light of a settlement agreement reached between the Parties, all claims asserted by Plaintiff in this action are dismissed with prejudice.

The Parties further stipulate and agree, by and through their respective counsel, that they shall bear their own costs and attorneys' fees.

PRESENTED BY:

DATED this 14th day of December, 2023

*s/ Abigail A. Southerland*
Abigail A Southerland*
TN Bar No. 026608
AMERICAN CENTER FOR LAW AND JUSTICE
625 Bakers Bridge Ave., St. 105-121
 Franklin, TN 37067
Tel: (615) 599-5572
Fax: (629) 888-5222
asoutherland@aclj.org

Geoffrey R. Surtees*
AMERICAN CENTER FOR LAW AND JUSTICE
P.O. Box 60
New Hope, KY  40052
502-549-7020 (tel)
502-549-5252 (fax)
gsurtees@aclj.org

*s/ Justin Park*

 Justin Park, WSBA #28340
 ROMERO PARK
 1019 W James St, Ste. 102
 Kent, WA 98032
 (425) 450-5000 telephone
 jpark@romeropark.com

**Attorneys for Plaintiff**
*Admitted pro hac vice

DATED this 14th day of December, 2023

ROBERT W. FERGUSON
Attorney General

*s/Andy Woo*
Andy Woo, WSBA No. 46741
Assistant Attorney General
Public Lands & Conservation Division
P.O. Box 40100
Olympia, WA  98504-0100
(360) 586-4034
Andy.Woo@atg.wa.gov

Amy Dona, WSBA No. 54512
Assistant Attorney General
Public Lands & Conservation Div.
P.O. Box 40100
Olympia, WA  98504-0100
(360) 534-4852
Amy.Dona@atg.wa.gov

**Attorneys for Defendants Washington State Parks and Recreation Commission, Diana Dupuis, Andrew Southard, and Paul Ruppert**

STIPULATION AND ORDER OF DISMISSAL - 2
2:23-cv-00702-RSL

**American Center for Law and Justice**
625 Bakers Bridge Ave., Suite 105-121
Franklin, TN 37067
Tel: (615) 599-5572

1

2

## **ORDER**

3

4    IT IS SO ORDERED.

5    Dated this 15th day of December, 2023.

6

7

8    Robert S. Lasnik
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER
OF DISMISSAL - 3
2:23-cv-00702-RSL

28

**American Center for Law and Justice**
625 Bakers Bridge Ave., Suite 105-121
Franklin, TN 37067
Tel: (615) 599-5572